AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

Case No. 3:22-mj- |D80--PDB

JOSE GARCIA-ZAMORA

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about February 17, 2022, in Nassau County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about April 29, 2019 and on or about November 17, 2019,

in violation of Title 8, United States Code, Section 1326.   I further state that I am a Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
William McCray

Sworn to before me and subscribed in my presence,

on February 23, 2022          at          Jacksonville, Florida

PATRICIA D. BARKSDALE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, William McCray, being a duly sworn and appointed Border Patrol Agent for the Department of Homeland Security, Customs and Border Protection, United States Border Patrol, hereby make the following statement in support of the attached criminal complaint.

1.      Your affiant has been a Border Patrol Agent for two years.  Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States.  In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2.      On February 17, 2022, your affiant was assigned to conduct highway and traffic check duties along the Interstate 95 ("I-95") corridor in Nassau County, Florida.  Your affiant wore a full Border Patrol uniform and was driving a marked Border Patrol vehicle.  From training and experience, your affiant knows that the I-95 corridor in this area is frequently traveled by illegal aliens into and out of Florida.  Your affiant and fellow agents have apprehended numerous illegal aliens while conducting similar duties on I-95 over the past year.  The area patrolled by your affiant on February 17, 2022, is well within one hundred miles of an international border.

3.      On February 17, 2022, at approximately 8:55 a.m., your affiant was driving north on I-95 and noticed a silver GMC Sierra bearing a Florida license plate driving in the middle northbound lane of I-95 in Nassau County.  Your affiant

caught up to the GMC Sierra and was able to pull alongside as it was still headed north on I-95.  Your affiant contacted the Border Patrol's Miami Sector Dispatch and asked them to run the displayed Florida license plate number.  While waiting for a response from Miami Sector Dispatch, your affiant noticed that the driver appeared rigid and avoided looking in the direction of my marked service vehicle.

4.      Miami Sector Dispatch responded with information that the registered owner of the vehicle had possibly stayed in the United States beyond the expiration date of her visa and therefore was possibly present in the United States illegally.  Your affiant then activated his vehicle's emergency lights and attempted to stop the vehicle on I-95 at mile marker 2.  The vehicle took exit 6 and pulled into a gas station.  After the vehicle stopped, a passenger, later identified as JOSE GARCIA-ZAMORA, ran into a wooded area on the side of the gas station. Your affiant and another Border Patrol Agent followed GARCIA-ZAMORA into the woods and were able to apprehend him.

5.      After returning to the vehicle, your affiant spoke to GARCIA-ZAMORA, who stated that he had entered the United States illegally on or about April 15, 2021, near Laredo, Texas, and did not encounter any immigration officials. GARCIA-ZAMORA was administratively arrested and transported to the Jacksonville Border Patrol station for immigration processing.

6.      At the Border Patrol Station, your affiant entered GARCIA-ZAMORA's fingerprints into a biometric identification system that compared his

2

fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities.  The system returned a match and reflected that GARCIA-ZAMORA had been previously encountered and had been assigned an Alien Registration number ("A-number").  Your affiant then conducted additional immigration database checks using the A-number and the records reflected that GARCIA-ZAMORA is a citizen of Mexico who has been previously deported or removed from the United States to Mexico on two occasions: on April 29, 2019 through the Laredo, Texas, and on November 17, 2019, through McAllen, Texas. There was no record that GARCIA-ZAMORA had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

7.      On February 22, 2022, at approximately 9:10 a.m., Assistant United States Attorney Arnold B. Corsmeier was advised of the foregoing facts and he authorized criminal prosecution of GARCIA-ZAMORA.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that JOSE GARCIA-ZAMORA is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or

3

removed from the United States, in violation of Title 8, United States Code, Section

1326.

William R. McCray
Border Patrol Agent
United States Border Patrol
Jacksonville, Florida

4